

| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | KIMBERLY A. KELLY<br>Assistant U.S. Attorney |
| 3 | 4401 Federal Building<br>2500 Tulare Street |
| 4 | Fresno, California 93721<br>Telephone: (559) 497-4000 |

FILED
JUL 27 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   CR.NO. 1: 06 CR 0 0 2 5 8 OWW
                                    )
            Plaintiff,              )   EX PARTE MOTION TO SEAL
                                    )   INDICTMENT PURSUANT
      v.                            )   TO RULE 6(e), FEDERAL
                                    )   FEDERAL RULES OF
                                    )   CRIMINAL PROCEDURE
JAVIER ZAMBRANO,                    )
 aka "Pelon" and                    )
PEDRO MORALES MORA,                 )
                                    )
            Defendants.             )
_____)

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on July 27, 2006, charging the above defendants with a violation of Title 21, United States Code, Section 846 - Conspiracy to Distribute Methamphetamine and other violations, be kept secret until the defendants named in the Indictment are either in custody or have been given bail on this offense; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and

1

```
 1  execution of the warrants.
 2  DATED: July _ 2006                    Respectfully submitted,
 3                                        McGREGOR W. SCOTT
                                          United States Attorney
 4
                                          By
 5                                           KIMBERLY A. KELLY
                                          Assistant U.S. Attorney
 6
 7  ORDERED as prayed this 27th day of July 2006
 8  _____
 9                                        U.S. Magistrate Judge
10
```

2