

1 | BENJAMIN B. WAGNER
United States Attorney
2 | KIMBERLY A. SANCHEZ
Assistant U.S. Attorneys
3 | 4401 Federal Building
2500 Tulare Street
4 | Fresno, California 93721
Telephone: (559) 497-4000
5 | Facsimile: (559) 497-4099

6

7

IN THE UNITED STATES DISTRICT COURT FOR THE

8

EASTERN DISTRICT OF CALIFORNIA

9

10

UNITED STATES OF AMERICA,    )    NO.  1:06-CR-00258
11 |                              )
                 Plaintiff,   )
12 |                              )    MOTION TO UNSEAL INDICTMENT
     vs.                      )    AND ORDER
13 |                              )
     JAVIER ZAMBRANO, aka "Pelon" )
14 | and PEDRO MORALES MORA       )
                              )
15 |              Defendant.    )

16

The United States of America hereby moves this court for an

17

order unsealing the Indictment as to Javier Zambrano, aka "Pelon"

18

and PEDRO MORALES MORA. The reason for the unsealing is that the

19

defendant has been arrested.

20

                              Respectfully submitted,

21

                              BENJAMIN B. WAGNER
22 |                              United States Attorney

23

24 | DATED: February 12, 2010    By
                              KIMBERLY A. SANCHEZ
25 |                              Assistant U.S. Attorney

26

27

28

1

1   **ORDER**

2       IT IS HEREBY ORDERED that the Indictment be unsealed and made

3   public record.

4   DATED:   _16, 2010_

5

6                                   _____
                                    United States Magistrate Judge

7                                        *SH SNYDER*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2